| | |
|---|---|
| **CAROL ANN MOSES #164193** <br> Attorney at Law <br> 7636 N. Ingram Avenue, Suite 104 <br> Fresno, CA 93711 <br> Telephone: (559) 449-9069 <br> Facsimile: (559) 513-8530 <br><br> Attorney for Defendant, <br> DANIEL LEE EVERSON | |

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL LEE EVERSON, <br><br> Defendant. | Case No.: 1:18-po-000220-SAB <br><br> **STIPULATION & REQUEST TO CONTINUE INITIAL APPEARANCE TO NOVEMBEER 15, 2018 & ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the Defendant, DANIEL L. EVERSON, his attorney of record, CAROL ANN MOSES, and Special Assistant United States Attorney GARY LEWIS, that the Initial Appearance in the above-captioned matter currently scheduled for September 27, 2018, at 10:00 AM, be continued to November 15, 2018, at 10:00 AM.

Mr. Everson is charged with one violation of 36 CFR 2.34(2), disorderly conduct; one violation of 36 CRR 2.34(4), disorderly conduct; 36 CFR 2.15(a)(2) leash law violation; 36 CFR 2.10(b)(4) unreasonable noise in a campground; and 36 CFR 2.32(a)(3), providing false information. Mr. Everson has no outstanding warrants no history of failing to appear for court appearances and no criminal history.

///

///

STIPULATION & REQUEST FOR CONTINUANCE
OF INITIAL APPEARANCE FOR DANIEL L EVERSON

Counsel for the Defendant is unable to appear due to her litigation schedule on September 27, 2018. The Defense requests the Initial Appearance be continued until November 15, 2018 at 10:00-AM.

The government, represented by SAUSA Gary Lewis, has no objection to this request.

Dated: September 14, 2018            Respectfully submitted,

/s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
DANIEL L EVERSON

## ORDER

GOOD CAUSE APPEARING, the above Stipulation and Request by Defendant DANIEL L. EVERSON for a continuance of his Initial Appearance from September 27, 2018 to November 15, 2018 at 10:00 AM in Case No. 1:18-po-000220-SAB, is hereby accepted and adopted as the Order of this Court. Defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **September 17, 2018**

UNITED STATES MAGISTRATE JUDGE

STIPULATION & REQUEST FOR CONTINUANCE
OF INITIAL APPEARANCE FOR DANIEL L EVERSON